No. 10–5866. McGLEACHIE *v.* MISSISSIPPI; and McGLEACHIE *v.* SPARKMAN, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 10–5871. REID *v.* RICCI, ASSOCIATE ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–5879. DAVIS *v.* McNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–5897. RANDLE *v.* SKOLNIK, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–5899. McCRAY *v.* WAL-MART STORES, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–5916. JEFFUS *v.* DREW, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 10–5924. BAILEY *v.* TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 10–5930. AL-TIMIMI *v.* JACKSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–5950. RAMOS *v.* McNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–5954. ROGERS *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 10–5957. CARTER *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 10–5963. BUSTOS ANAYA *v.* SISTO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–5979. DONTIGNEY *v.* O & G INDUSTRIES, INC., ET AL. App. Ct. Conn. Certiorari denied.